IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTEN SMALL** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FIRST RELIANCE STANDARD LIFE** | : | |
| **INSURANCE COMPANY, E.M.** | : | |
| **INDUSTRIES, INC. and** | : | |
| **E.M. SCIENCE** | : | NO. 02-3744 |

### O R D E R

**AND NOW**, this          day of July, 2002, upon consideration of defendants' Motion to Strike Plaintiff's Demand for Jury Trial (Doc. #7) and plaintiff's response thereto, as plaintiff is suing to recover benefits allegedly due under an ERISA plan; and, as plaintiff is not entitled to a jury trial on such a claim which is equitable in nature, see Cox v. Keystone Carbon Co., 894 F.2d 647, 649 (3d Cir. 1990); Pane v. RCA Corp., 868 F.2d 631 (3d Cir. 1989); Zinman v. Prudential Ins. Co. of America, 909 F. Supp. 279, 281 (E.D. Pa. 1995); **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

_____
**JAY C. WALDMAN, J.**