IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN SMALL, | : | CIVIL ACTION |
| | : | |
| | : | DOCKET NO. 02-CV-3744 |
| v. | : | |
| | : | |
| FIRST RELIANCE STANDARD | : | |
| LIFE INSURANCE COMPANY; | : | |
| E.M. INDUSTRIES, INC., AND | : | |
| E.M. SCIENCE | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of First Reliance Standard Life Insurance Company's Motion for Summary Judgment and supporting Memorandum of Law and any response thereto, it is hereby ORDERED that First Reliance Standard Life Insurance Company's Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____
J.