## Certificate of Service

      The undersigned counsel for First Reliance Standard Life Insurance Company hereby certifies that a true and correct copy of First Reliance Standard Life Insurance Company's Motion for Summary Judgment, First Reliance Standard Life Insurance Company's Memorandum of Law in Support of its Motion for Summary Judgment, Proposed Order and the Administrative Record were served on the following counsel of record hand delivery on April 5, 2004 or via electronic filing.

                Vincent F. Presto, Esquire
                Suite 16
                124 Chestnut Street
                Philadelphia, PA 19106

                RAWLE & HENDERSON LLP

            By:_____/s/_____
                Joshua Bachrach, Esquire
                Heather J. Holloway, Esquire
                Attorneys for Defendant
                First Reliance Standard Life
                Insurance Company
                The Widener Building
                One South Penn Square
                Philadelphia, PA 19107
                (215) 575-4261

Date:  April 2, 2004