IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SMALL                              :    CIVIL ACTION
                                   :
        vs.                        :
                                   :    NO. 02-3744
FIRST RELIANCE

O R D E R

**AND NOW, TO WIT:** This 3rd day of August, 2004,

**IT IS ORDERED** that the order filed June 23, 2003 (document #12) closing this case is vacated and that the referenced action is returned to open status.

**BY:** _____
Charles R. Weiner, SJ

Civ 2 (7/83)