IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN SMALL | : | CIVIL ACTION |
| v. | : | NO. 02-3744 |
| | : | |
| FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, E.M. INDUSTRIES, INC., and E.M. SCIENCE | | |

## **ORDER**

And now this      day of September, 2004, a status/settlement conference is scheduled for the above-captioned matter on October 25, 2004 at 11:00 a.m. in Courtroom TBA.

BY THE COURT:

_____
Juan R. Sánchez, J.