IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN SMALL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3744 |
| | : | |
| | : | |
| FIRST RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY, E.M. | : | |
| INDUSTRIES, INC., and E.M. | : | |
| SCIENCE | : | |

**ORDER**

And now this      day of October, 2004, the schedule for the above-captioned matter is as follows:

- parties must submit Findings of Fact and Conclusions of Law, consistent with Judge Sanchez's Standard Operating Procedures, by December 6, 2004; and

- this case will be placed in the December 13, 2004 trial pool.

BY THE COURT:

_____
Juan R. Sánchez, J.