IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN SMALL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3744 |
| | : | |
| FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, E.M. INDUSTRIES, INC., and E.M. SCIENCE | : : : : | |

## CIVIL JUDGMENT

Before the Honorable Juan R. Sánchez

AND NOW, this 13th day of December, 2004, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the Defendant.

BY THE COURT

ATTEST:

Nancy E. DeLisle
Deputy Clerk

Civ 1 (8/80)
civjud.frm