IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KRISTEN SMALL                              :           CIVIL ACTION
                                           :
        v.                                 :           NO. 02-3744
                                           :
                                           :
FIRST RELIANCE STANDARD LIFE               :
INSURANCE COMPANY, E.M.                    :
INDUSTRIES, INC., and E.M.                 :
SCIENCE                                    :


## ORDER

        And now this 16th day of December, 2004, the Court's Order of December 13,
2004 (Docket # 29) is hereby VACATED.




                                        BY THE COURT:


                                        _____
                                                Juan R. Sánchez, J.