IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN SMALL<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY, et al. | Civil Action No. 02-CV-3744 |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of DEFENDANTS' SUPPLEMENTAL BRIEF ON THE SLIDING SCALE AND THE APPLICABLE STANDARD OF REVIEW PURSUANT TO THE DECEMBER 17, 2004 ORDER was served on the following counsel of record on the date set forth below, via electronic filing and/or U.S. Mail, postage prepaid.

        Vincent F. Presto, Esquire
        Law Offices of Vincent F. Presto
        124 Chestnut Street, Suite 16
        Philadelphia, PA 19106

        RAWLE & HENDERSON LLP

        BY: _____/s/_____
        Joshua Bachrach, Esquire
        Heather J. Holloway, Esquire
        One S. Penn Square, 16th Floor
        The Widener Building
        Philadelphia, PA 19107

Date: December 21, 2004

1082668 v.1