## Certificate of Service

The undersigned counsel for Defendants hereby certifies that a true and correct copy of Defendants' Proposed Findings of Fact and Conclusions of Law were served on the following counsel of record on the date set forth below, via electronic filing and/or U.S. Mail, postage prepaid.

Vincent F. Presto, Esquire
Law Offices of Vincent F. Presto
124 Chestnut Street, Suite 16
Philadelphia, PA 19106

RAWLE & HENDERSON LLP

BY: _____/s/_____
Joshua Bachrach, Esquire
Heather J. Holloway, Esquire
*Attorneys for Defendants*
One S. Penn Square, 16th Floor
The Widener Building
Philadelphia, PA 19107

Date: December 23, 2004

1073537 v.1