IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN SMALL : | |
| : | Civil Action No. 02-CV-3744 |
| v. : | |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY, et al. : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of DEFENDANTS' MOTION FOR RECONSIDERATION and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION was served on the following counsel of record on the date set forth below, via electronic filing or U.S. Mail, postage prepaid, if not an ECF participant.

> Vincent F. Presto, Esquire
> Law Offices of Vincent F. Presto
> 124 Chestnut Street, Suite 16
> Philadelphia, PA 19106

> RAWLE & HENDERSON LLP

> BY: _____/s/_____
> Joshua Bachrach, Esquire
> Heather J. Holloway, Esquire
> One S. Penn Square, 16th Floor
> The Widener Building
> Philadelphia, PA 19107

Date: March 11, 2005