IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN SMALL : | |
| : | Civil Action No. 02-CV-3744 |
| v. : | |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY, et al. : | |
| : | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND PRE-JUDGMENT INTEREST

Defendants, by and through their attorneys, hereby oppose plaintiff's motion for an award of fees, costs and pre-judgment interest as well as the alternative request to amend the judgment and in support of their arguments, incorporate herein by reference their brief in opposition to plaintiff's motion.

RAWLE & HENDERSON LLP

By: _____/s/_____
Joshua Bachrach, Esquire
Heather J. Holloway, Esquire
Attorneys for Defendants
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200

Date:   March 15, 2005

1118619 v.1