IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN SMALL : | |
| : | Civil Action No. 02-CV-3744 |
| v. : | |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY, et al. : | |
| : | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of plaintiff's motion for allowance of attorney fees, costs and pre-judgment interest and Defendants response thereto, it is hereby ORDERED and DECREED that said motion is denied.

BY THE COURT:

_____
J.

1118619 v.1