IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN SMALL : | |
| : | Civil Action No. 02-CV-3744 |
| v. : | |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY, et al. : | |
| : | |

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY FEES AND PRE-JUDGMENT INTEREST AND DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR ALLOWANCE OF ATTORNEY FEES, COSTS AND PRE-JUDGMENT INTEREST was served on the following counsel of record on the date set forth below, via electronic filing or U.S. Mail, postage prepaid, if not an ECF participant.

>Vincent F. Presto, Esquire
>Law Offices of Vincent F. Presto
>124 Chestnut Street, Suite 16
>Philadelphia, PA 19106

>RAWLE & HENDERSON LLP

>BY: _____/s/_____
>Joshua Bachrach, Esquire
>Heather J. Holloway, Esquire
>One S. Penn Square, 16th Floor
>The Widener Building
>Philadelphia, PA 19107

Date: March 15, 2005

1118619 v.1