IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

July 10, 2007

TO: Counsel of Record

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5**, *Documents Filed Under Seal*

CIVIL ACTION NO. 02-3744
               Kristen Small   vs.   First Reliance Standard Life Insurance Co., et al

**N O T I C E**

    Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

    In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
**Paper No.   Filed on**
   15      4/12/04   Plaintiff's memorandum of law with exhibits in support of cross motion for summary judgment as well as in opposition to defendant's motion for summary judgment.

    A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

    Very truly yours,

    MICHAEL E. KUNZ
    CLERK OF COURT

    Gregg Swierczynski
    Deputy Clerk

Copies by mail to:
H. Holloway      V. Presto

Notice L.R. 5.1.5.frm